UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD LUMAN and JOEL AMKRAUT, | No. 2:13-cv-00656-KJM-AC |
| Plaintiffs, | |
| v. | ORDER |
| NAC MARKETING COMPANY, LLC, | |
| Defendant. | |

Plaintiff Joel Amkraut and defendant NAC Marketing Company, LLC, are ORDERED to supplement their briefing on the motion to dismiss, ECF No. 16, in light of the Ninth Circuit opinion issued on May 3, 2016, ECF No. 58.  Hearing on the motion is set for **July 29, 2016**, at 10:00 a.m. in Courtroom No. 3, and filing dates for any supplemental briefs are governed by Local Rule 230.  The status conference set for June 9, 2016 is CONTINUED to July 29, 2016, without the need for any further joint statement.

IT IS SO ORDERED.

DATED: June 6, 2016.

_____
UNITED STATES DISTRICT JUDGE