**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
              apersinger@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL AMKRAUT, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>     v.<br><br>NAC MARKETING COMPANY, LLC d/b/a NEW VITALITY,<br><br>                            Defendant. | Case No. 13-CV-00656-KJM-AC<br><br>**ORDER CONTINUING STATUS CONFERENCE AND MOTION TO DISMISS HEARING FROM AUGUST 26, 2016 TO SEPTEMBER 9, 2016**<br><br>Hon. Kimberly J. Mueller |

# ORDER

Good cause having been shown in the parties' stipulation, the Court hereby ORDERS that the Status Conference and motion to dismiss hearing is reset from August 26, 2016 to September 9, 2016 at 10:00 a.m.  The parties do not need to file a new joint status report.

**IT IS SO ORDERED.**

DATED:  August 1, 2016

_____
UNITED STATES DISTRICT JUDGE